1  Brian J. Brazier (SBN: 245004)
   **Price Law Group, APC**
2  8245 N. 85th Way
3  Scottsdale, AZ 85258
   P: 818-600-5566
4  Brian@pricelawgroup.com
   *Attorney for Plaintiff*
5  *Manvel Gasparyan*

6

7                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**
8

9

10 MANVEL GASPARYAN,
                                              **Case No.: 2:18-cv-06673-FFM**
11         Plaintiff,

12     vs.

13 ADMIN RECOVERY, LLC.,                      **NOTICE OF SETTLEMENT**

14         Defendant.

15

16

17     **NOTICE IS HEREBY GIVEN** that Plaintiff, Manvel Gasparyan, and Defendant,

18 Admin Recovery, LLC., have settled all claims between them in this matter. The parties are in

19 the process of completing the final settlement documents and expect to file a Stipulation of

20 Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court

21 vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain
   jurisdiction for any matters related to completing and/or enforcing the settlement.
22

23 Dated: October 9, 2018           By:    */s/Brian J. Brazier*
                                           Brian J. Brazier
24                                         **Price Law Group, APC**
                                           *Attorney for Plaintiff*
25                                         *Manvel Gasparyan*

- 1 -