Brian J. Brazier (SBN: 245004)
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
P: 818-600-5566
Brian@pricelawgroup.com
*Attorney for Plaintiff*
*Manvel Gasparyan*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANVEL GASPARYAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>ADMIN RECOVERY, LLC.,<br><br>    Defendant. | **Case No.: 2:18-cv-06673-FFM**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Manvel Gasparyan, and Defendant, Admin Recovery, LLC., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: October 12, 2018     By:   */s/Brian J. Brazier*
                                    Brian J. Brazier
                                    **Price Law Group, APC**
                                    *Attorney for Plaintiff*
                                    *Manvel Gasparyan*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were sent via EMAIL and USPS First Class on this 12th day of October 2018 to the following parties:

John P. Touhey
jtouhey@adminrecovery.com
45 Earhart Drive, Suite 102
Williamsville, NY 14221

*Attorney for Defendant*
*Admin Recovery, LLC*

/s/*Rebecca Reyes*