Brian J. Brazier (SBN: 245004)
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
P: 818-600-5566
Brian@pricelawgroup.com
*Attorney for Plaintiff*
*Manvel Gasparyan*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MANVEL GASPARYAN,

    Plaintiff,

vs.

ADMIN RECOVERY, LLC.,

    Defendant.

**Case No.: 2:18-cv-06673-FFM**

**NOTICE OF VOLUNTRAY DISMISSAL WITH PREJUDICE**

    **PLEASE TAKE NOTICE** that Plaintiff, Manvel Gasparyan, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the action against Defendant, Admin Recovery, LLC with prejudice.

    The Defendant neither filed an answer to the complaint nor a motion for summary judgment; dismissal under Rule 41(a)(1) is therefore appropriate.

    Respectfully submitted this 21st day of November 2018

                                    By:   */s/Brian J. Brazier*
                                                 Brian J. Brazier,
                                                 **Price Law Group, APC**
                                                 *Attorney for Plaintiff,*
                                                 *Manvel Gasparyan*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Rebecca Reyes*

- 2 -